### 3210.   BARGE *v.* THE STATE.

HILL, C. J.   1. This court will not interfere with the discretion of the trial judge in refusing to allow the attorney for the movant further time in which to amend the motion for a new trial, unless it clearly appears that such discretion was manifestly abused. In the present case there was no abuse of discretion.

2. No error of law appears, and the verdict is fully supported by the evidence.                                                    *Judgment affirmed.*

DECIDED APRIL 11, 1911.

Accusation of selling liquor; from Douglas superior court—Judge Edwards. November 4, 1910.

*J. S. James,* for plaintiff in error.

*J. R. Hutcheson, solicitor-general, W. K. Fielder,* contra.